IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CSX TRANSPORTATION, INC. ) | |
| ) | |
| v. ) | No. 3-13-0911 |
| ) | |
| TENNESSEE DEPARTMENT OF ) | |
| REVENUE; and RICHARD ROBERTS, ) | |
| Commissioner of Revenue of the State of ) | |
| Tennessee ) | |

O R D E R

In accord with the order entered April 17, 2014 (Docket Entry No. 33), the parties filed a joint status report on July 29, 2014 (Docket Entry No. 34), advising that the Sixth Circuit Court of Appeals heard oral argument in Illinois Cent. R.R. Co. v. Tennessee Dep't of Revenue, 3-10-0197 (assigned No. 13-6348 on appeal), on June 19, 2014.

By November 3, 2014, the parties shall file another status report reflecting the status of the appeal and whether or not there has been a ruling in the Illinois Central appeal.

It is so ORDERED.

*[signature: Juliet Griffin]*

JULIET GRIFFIN
United States Magistrate Judge